IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDERLING MANAGEMENT LTD., ) | |
| ) | |
| Plaintiff, ) | No. 1:20-cv-04627 |
| ) | |
| v. ) | Honorable Judge John Robert Blakey |
| ) | |
| SNAP INC., ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF JESSE SALEN
IN SUPPORT OF DEFENDANT SNAP INC.'S MOTION TO DISMISS**

I, Jesse Salen, declare as follows:

1. I am over eighteen (18) years of age, I am of sound mind, have never been convicted of a felony, and I am otherwise competent to make this Declaration and testify to the matters stated herein. I am a partner at Sheppard Mullin Richter & Hampton, LLP ("Sheppard Mullin") and represent Defendant Snap Inc. ("Snap"), in this matter. I have personal knowledge of the facts contained herein, and am competent to testify thereto.

2. I submit this declaration in support of Snap's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

3. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent 7,747,259 B2, Method and System for Sending Location Coded Images Over a Wireless Network, which I downloaded from USPTO Public Patent Application Information Retrieval website.

I declare under penalty of perjury that the foregoing is true and correct. EXECUTED this 13th day of October, 2020, in San Diego, California.

_____
Jesse Salen