1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SANDERLING MANAGEMENT LTD., <br><br> Plaintiff, <br> v. <br><br> SNAP INC., <br><br> Defendants. | Case No. CV 21-2324-GW-JCx <br><br> **JUDGMENT** <br><br><br> Judge: Hon. George Wu <br> Magistrate Judge: Jacqueline Choojian |

Case No. 2:21-cv-02324

SMRH:4830-2862-2066.1

1  Final judgment is entered in favor of Defendant Snap Inc. and against Plaintiff
2  Sanderling Management Ltd. on Plaintiff's claims for infringement of U.S. Patent Nos.
3  9,355,412, 9,639,866, and 10,108,986, which claims are dismissed with prejudice.
4  Plaintiff shall take nothing by its complaint.

Dated: July 21, 2021

*[signature: George H. Wu]*

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

SMRH:4830-2862-2066.1